IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:11-CV-00072-RLV-DSC

FREDERICK W. TAYLOR and
ALEKSANDRA TAYLOR,

                Plaintiff,

v.

OCWEN LOAN SERVICING, LLC and POORE
SUBSTUITITW TRUSTEE, LTD, et al.,

                Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF FREDERICK W. TAYLOR and ALEKSANDRA TAYLOR

**NOW COMES**, undersigned counsel, Jeffrey S. Kaufman, Jr., Esq., and respectfully requests that this Court permit him to withdraw from representation of the plaintiffs, FREDERICK W. TAYLOR and ALEKSANDRA TAYLOR in the above matter. Counsel says further:

1.      Plaintiff's have advised me that under the present circumstances, it cannot possibly raise money to pay those counsel fees which are presently owing to my law firm, nor those which would become due in the course of ongoing proceedings and to continue working on the case would be duly burdensome to the firm.

2.    In addition, the plaintiff's have been advised that the withdrawal of said representation will be forthcoming. The last known address of the client is 4969 Moon Light Bay Drive, Sherills Ford, North Carolina 28673.

**WHEREFORE**, undersigned counsel respectfully requests that this Court permit him to withdraw from representation of the defendant in this case.

Respectfully submitted,

Kaufman, Englett & Lynd, PLLC

BY:/s/Jeffrey S. Kaufman, Jr., Esq.
Kaufman, Englett & Lynd, PLLC
111 North Magnolia Avenue, Suite 1600
Orlando, FL 32801
Tel. No.: 407-513-1900
Fax No.: 407-513-1989


## CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of August, 2012 forwarded via ECF filing the foregoing, Motion to Withdraw as Counsel of record for plaintiffs Frederick W. Taylor and Aleksandra Taylor, and served a hard copy of the motion to Frederick W. Taylor and Aleksandra Taylor, 4969 Moon Light Bay Drive, Sherrill Ford, NC 28673.

Kaufman, Englett & Lynd, PLLC

BY:/s/Jeffrey S. Kaufman, Jr., Esq.
Kaufman, Englett & Lynd, PLLC
111 North Magnolia Avenue, Suite 1600
Orlando, FL 32801
Tel. No.: 407-513-1900
Fax No.: 407-513-1989

KEL File #10NC6693.DEC