# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Frederick W. Taylor and Aleksandra Taylor, | ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:11-CV-00072-RLV-DSC |
| vs. | ) ) | |
| Ocwen Loan Servicing, LLC, Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2013, Order.

March 1, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court